UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AYDE ARRIOLA MIRANDA,

                Plaintiff,

    - against -

CALLOOH CALLAY, INC., ET AL.,

                Defendants.

23-cv-1122 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for the plaintiff to serve the summons and complaint is extended to **June 23, 2023.** If the plaintiff fails to serve the summons and complaint by that date, the case may be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

Dated:    New York, New York
            May 19, 2023

                                          John G. Koeltl
                                    United States District Judge