```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

AYDE ARRIOLA MIRANDA,

               Plaintiff,

      - against -

CALLOOH CALLAY, INC., ET AL.,

               Defendants.

23-cv-1122 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for service on the defendants in this action was initially May 10, 2023. Fed. R. Civ. P. 4(m). After that date passed without proof of service, this Court extended the time for the plaintiff to serve the defendants to June 23, 2023. See ECF No. 7. On that date, the plaintiff filed two affidavits of service indicating that each defendant had in fact been served, via service on an agent "authorized to accept" such service, on April 24, 2023. See ECF Nos. 8, 9.

    Because service appears to have been made on April 24, 2023, the time for the defendants to answer was May 15, 2023. See Fed. R. Civ. P. 12(a). The time for the defendants to answer or respond to the complaint is **extended** to **August 7, 2023**. The plaintiff should serve a copy of this Order on each defendant and file proof of such service on the docket by **July 14, 2023**.

SO ORDERED.

Dated:    New York, New York
            July 6, 2023

                                              John G. Koeltl
                                      United States District Judge