UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AYDE ARRIOLA MIRANDA,
                Plaintiff(s)

                      23 civ 1122 (JGK)

    -against-

CALLOOH CALLAY, INC.,
                Defendant(s).
------------------------------------------------------------X

**ORDER**

       The Court, having granted an extension of time to answer the complaint to October 6, 2023,

       The Court directs the parties to submit a 26(f) report by October 27, 2023. The conference scheduled for September 28, 2023, is canceled.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 20, 2023